Joseph Barry, Appellant, v. Phillip M. Grausman, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Fannie Aaron, Appellant, v. Henry M. Black, Doing Business as H. M. Black & Co., Impleaded with Columbia-Knickerbocker Trust Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Olive C. Buckley v. Herman L. Collyer. Bertha Makman v. Independent Order Free Sons of Judah. Sophia Schraemli v. Prudential Insurance Company. New York Realty Credit Association v. Le Roy Coventry. New York Realty Credit Association v. Zealie Van Raalte. Barclay Ball v. Sarah E. Elliott. National Surety Company v. Edmund K. Stallo. Edmund Coffin v. United Manufacturing Trimming Company.— Applications denied, with ten dollars costs. Orders signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Standard Steam Specialty Company, Appellant, v. Corn Exchange Bank, Respondent.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Burton W. Gibson.— Respondent disbarred. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Henry W. Phillips v. John J. Hanley, Warden, etc.— Motion denied. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of August P. Wagener.— Application granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.